```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

X.T.,                              *

    Petitioner,                    *

vs.                                *

Warden, STEWART DETENTION          *     CASE NO. 4:26-cv-57-CDL-ALS
CENTER, *et al.*,
                                   *
    Respondents.                   *

                             *

O R D E R

    This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on June 4, 2026.  There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1).  Therefore, the Court reviews the Recommendation for clear error.  Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 24th day of June, 2026.

                         S/Clay D. Land
                         CLAY D. LAND
                         U.S. DISTRICT COURT JUDGE
                         MIDDLE DISTRICT OF GEORGIA